ALEXANDER B. CVITAN (CSB 81746) and
MARSHA M. HAMASAKI (CSB 102720), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-Mails: ac@rac-law.com; marshah@rac-law.com

Attorneys for Plaintiff/Judgment Creditor

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA CLEANING CONTRACTOR, INC., a California corporation; CLEANUP EXPERTS, an entity of unknown form; ANDRE BISHOP, AN INDIVIDUAL; ANDREA TAYLOR, an individual,<br><br>Defendant. | CASE NUMBER<br><br>CV-01-09346 TJH (BQRx)<br><br>RENEWAL OF JUDGMENT BY CLERK<br><br>[NO HEARING SCHEDULED] |

Judgment Debtors, CALIFORNIA CLEANING CONTRACTOR, INC., CLEANUP EXPERTS, ANDRE BISHOP and ANDREA TAYLOR (hereinafter referred to as "DEBTORS"), having judgment entered against DEBTORS on April 24, 2003.

NOW, upon application of CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, (hereinafter referred to as "JUDGMENT CREDITOR"), and upon declaration that DEBTORS have failed to pay the total amount of said judgment is

179129.1

indebted to JUDGMENT CREDITOR.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment against DEBTORS be renewed and with respect to the money portion of the judgment as follows:

Renewal of Money Judgment:

a. Total judgment........................$150,759.98

b. Costs after judgment..................$ 0.00

c. Interest after judgment computed through April 6, 2010 at 1.33% accruing at $5.02 per day............$ 12,755.60

d. Less credits..........................-$ 0.00

e. Subtotal..............................$150,759.98

f. Total Renewed judgment................$150,759.98

DATED: 4/14/10

Lori Muraoka
~~CLERK OF THE COURT~~ Deputy Clerk
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Presented by:

MARSHA M. HAMASAKI, A Member of
REICH, ADELL & CVITAN
A Professional Law Corporation

By: [signature]
MARSHA M. HAMASAKI
Attorney for Plaintiff
and Judgment Creditor

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 3550 Wilshire Boulevard, Suite 2000, Los Angeles, California 90010-2421.

On **May 20, 2010**, I served the foregoing document described as **RENEWAL OF JUDGMENT BY CLERK** on the interested parties in this action by United States First Class Mail and by placing

[ ] the original [X] a true copy thereof

enclosed in a sealed envelope addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

[X] (By Mail) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (By Fax) I transmitted said document(s) at __:__ p.m. to fax telephone number (310) 576-2200, executed on ______________________, at Los Angeles, California.

Executed on **May 20, 2010** at Los Angeles, California.

[ ] (By Personal Service) I caused such envelope to be delivered by hand to the offices of the addressee.

[X] (Federal Court) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

______________________________
URIEL RAMIREZ

**SERVICE LIST**

CALIFORNIA CLEANING CONTRACTOR, INC.
12964 Reindeer Ct.
Riverside, California 92503

CALIFORNIA CLEANING CONTRACTOR, INC.
P.O. Box 70207
Riverside, California 92513

CLEANUP EXPERTS
12964 Reindeer Ct.
Riverside, California 92503

ANDRE BISHOP

Riverside, California

ANDREA TAYLOR

Lakewood, California