1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>    vs.<br><br>CALIFORNIA CLEANING CONTRACTOR, INC., a California corporation; CLEANUP EXPERTS, an entity of unknown form; ANDRE BISHOP, an individual; ANDREA TAYLOR, an individual,<br><br>            Defendants. | CASE NO.:  2:01-cv-09346-TJH-BQRx<br><br>**[PROPOSED] RENEWAL OF JUDGMENT BY CLERK**<br><br>[NO HEARING SCHEDULED] |

Judgment Debtors, CALIFORNIA CLEANING CONTRACTOR, INC., CLEANUP EXPERTS, ANDRE BISHOP, also known as the following additional alias names: Andre Paul Bishop, Andre P. Bishop, Jr., Andre Paul Bishop, Jr., Paul A. Bishop, Paul Bishop, Jr., Paul A. Bishop, Jr., Paul Andre Bishop, Jr., Andre Bailey, Andre P. Bailey, Paul Bailey, Paul A. Bailey, Paul Andre Bailey;  and ANDREA TAYLOR (hereinafter referred to as "DEBTORS"), having had Judgment entered against DEBTORS on April 25, 2003 renewed on April 14, 2010, and again renewed

on May 14, 2015.

NOW, upon application of Plaintiff and Judgment Creditor, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, (hereinafter referred to as "JUDGMENT CREDITOR"), upon declaration that DEBTORS have failed to pay the total amount of said Judgment and is indebted to JUDGMENT CREDITOR.

The money Judgment against DEBTORS is renewed in the amount of $172,832.72 as follows:

    a. Total Judgment…………………………………… $ 161,278.96

    b. Costs after Judgment……………………………$     0.00

    c. Less Credits after Judgment………………….……$     0.00

    d. Interest after Judgment computed from May 14, 2015 to July 28, 2020 at 1.33% accruing at $6.30 per day…………….……........ $   11,553.76

    e. Total Renewed Judgment……………….….…....$ 172,832.72

DATED: August 21, 2020                 _Sharon Hall Brown_

                                          DEPUTY CLERK OF THE COURT

KIRY K. GRAY, Court Executive
Clerk of U.S. District Court