UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA CLEANING CONTRACTOR, INC., a California corporation; et al.,<br><br>Defendants. | CASE NO.: 2:01-cv-09346-TJH-BQRx<br><br>[~~ ~~] RENEWAL OF JUDGMENT BY CLERK (NUNC PRO TUNC) TO 08-20-2020<br><br>[NO HEARING SCHEDULED]<br><br>[Hon. Terry J. Hatter, Jr.] |

Judgment Debtors, CALIFORNIA CLEANING CONTRACTOR, INC., CLEANUP EXPERTS, ANDRE BISHOP, ANDRE PAUL BISHOP, ANDRE P. BISHOP, JR., ANDRE PAUL BISHOP, JR., PAUL A. BISHOP, PAUL BISHOP, JR., PAUL A. BISHOP, JR., PAUL ANDRE BISHOP, JR., ANDRE BAILEY, ANDRE P. BAILEY, PAUL BAILEY, PAUL A. BAILEY, PAUL ANDRE BAILEY and ANDREA TAYLOR (hereinafter referred to as "DEBTORS"), having had Judgment entered on April 24, 2003, renewed on April 14, 2010, renewed on May 14, 2015 and renewed again on August 20, 2020.

NOW, upon application of Plaintiff and Judgment Creditor CONSTRUCTION

LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, (hereinafter referred to as "JUDGMENT CREDITOR"), upon declaration that DEBTORS has failed to pay the total amount of said Judgment and is indebted to JUDGMENT CREDITOR.

<u>Abstracts of Judgment</u> were recorded as follows:

| <u>Date:</u> | <u>County:</u> | <u>Instrument No.:</u> |
|---|---|---|
| September 12, 2003 | Los Angeles | #03-2684985 |
| February 5, 2007 | San Diego | #2007-0079705 |
| February 9, 2007 | Riverside | #2007-0096141 |
| September 23, 2014 | Los Angeles | #20141001979 |
| December 22, 2014 | Los Angeles | #20141392390 |
| January 23, 2015 | Riverside | #2015-0030418 |

<u>Application for Renewal of Judgment and Renewal of Judgment</u> were recorded as follows:

| <u>Date:</u> | <u>County:</u> | <u>Instrument No.:</u> |
|---|---|---|
| July 1, 2010 | Los Angeles | #20100905755 |
| July 1, 2010 | Los Angeles | #20100905756 |
| July 21, 2010 | Riverside | #2010-0341341 |
| July 21, 2010 | Riverside | #2010-0341342 |
| July 2, 2015 | Riverside | #2015-0287943 |
| July 2, 2015 | Riverside | #2015-0287944 |
| September 1, 2015 | Los Angeles | #20151082199 |
| September 1, 2015 | Los Angeles | #20151082200 |
| October 8, 2015 | San Diego | #2015-0530294 |
| October 8, 2015 | San Diego | #2015-0530295 |

<u>A Judgment Lien</u> was filed with the California Secretary of State on August 24, 2020, as instrument number U200014082523.

IT IS HEREBY REQUESTED that Judgment against DEBTORS be renewed in

#412108.1

the amount of $172,832.72 as follows:

Renewal of Money Judgment:

a. Total Judgment…………………………………… $ 161,278.96

b. Costs after Judgment……………………………… $ 0.00

c. Less Credits after Judgment………………………. $ 0.00

d. Interest after Judgment computed from May 14, 2015 to July 28, 2020 at 1.33% accruing at $6.30 per day…………….……....... $ 11,553.76

e. Total Renewed Judgment…………………….…….....$ 172,832.72

Dated: 4/19/2021
NUNC PRO TUNC TO 08/21/2020

*Sharon Hall Brown*  Deputy Clerk

CLERK OF THE COURT
KIRY K. GRAY

#412108.1

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party of the within action. My business address is 3550 Wilshire Boulevard, Suite 2000, Los Angeles, CA 90010.

On **March 18, 2021**, I served the foregoing document described as: **[PROPOSED] RENEWAL OF JUDGMENT BY CLERK (NUNC PRO TUNC)** the parties or attorneys for parties in this action who are identified below using the following means of service (if more than one means of service is checked):

California Cleaning Contractor, Inc.
P.O. Box 70207
Riverside, California 92513

Cleanup Experts
P.O. Box 70207
Riverside, California 92513

Andre Bishop
Andre Paul Bishop
xxx xxxx
Corona, CA xxxxx

Andrea Taylor
P.O. Box 70207
Riverside, California 92513

☐ **BY PERSONAL SERVICE.** I placed _ the original or _ a true and correct copy of the foregoing document in sealed envelope(s) individually addressed to each of the parties listed above, and caused such envelope to be delivered by hand to the offices of each addressee.

☒ **BY MAIL.** I placed _ the original or _x_ a true and correct copy of the foregoing document in sealed envelope(s) individually addressed to each of the parties on the attached service list, and caused each such envelope to be deposited in the mail. Each envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, mail is deposited with the U.S. Postal Service on the same day that it is collected in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **March 18, 2021**, at Los Angeles, California.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

_____
Timothy Hoang

#412108.1